[No. 19104. *En Banc.* November 13, 1925.]

EDWARD C. MOE, *Respondent*, v. ANTONE E. WOLTER, *Appellant.*[1]

Appeal from an order of the superior court for Snohomish county, Alston, J.; entered September 19, 1924, upon sustaining a demurrer to the petition, denying the vacation of a judgment. Reversed.

*William Sheller,* for appellant.

*Wm. A. Johnson* and *A. J. Balliet,* for respondent.

### ON REHEARING.

PER CURIAM.—Upon a rehearing *En banc,* a majority of the court adhere to the opinion heretofore filed herein, and reported in 134 Wash. 340, 235 Pac. 803.

The judgment appealed from is reversed, and the cause remanded for further proceedings in accordance with the views expressed in that opinion.